AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Latorey Greene *also known as Latorey J. Greene, Sr.*,<br>*Plaintiff*<br>v.<br><br>Ken Young *Attorney's*; Patrick Wright *Attorney's*; Casey Dale Cornwell *Attorney's*; Jack Howle *Attorney's*; Darrell Gourley *Attorney General*; Harry O'Connor *Solicitor's*; Susan Mayes *Solicitor's*; Charles Brooks *Attorney*; Kelly Jackson,<br>*Defendants* | ) ) ) ) ) ) | Civil Action No. 3:19-cv-02175-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Latorey Greene *also known as Latorey J. Greene, Sr.*, shall take nothing of the defendants, Ken Young *Attorney's*, Patrick Wright *Attorney's*, Casey Dale Cornwell *Attorney's*, Jack Howle *Attorney's*, Darrell Gourley *Attorney General*, Harry O'Connor *Solicitor's*, Susan Mayes *Solicitor's*, Charles Brooks *Attorney* and Kelly Jackson, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: October 7, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*